FILED BY _____ D.C.
05 NOV 14  PM 3: 04
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JONATHON PALAZOLA,

    Plaintiff,

VS.                                  NO. 05-2753 D An

PATRICK JOYNT, et. al.

    Defendants.

ORDER GRANTING DEFENDANT JOYNT AN EXTENSION OF TIME TO RESPOND

This matter is before the Court upon Defendants Motion for an Extension of Time to Respond from which it appears to the Court that for good cause shown the Motion of the Defendant should be granted and that the Defendant is granted an additional period up to and including December 19, 2005 in which to respond or otherwise plead in this cause.

    IT IS SO ORDERED.

                                              S. Thomas Anderson USMJ
                                              United States District Judge

                        Dated: November 10, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-14-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02753 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Henry L. Klein
125 N Main St
Rm 336
Memphis, TN 38103

R. Sadler Bailey
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

Barbaralette G. Davis
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT