FILED BY _____ D.C.

05 DEC 21 AM 9:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JONATHON PALAZOLA,

    Plaintiff,

VS.                                      NO. 05-2753 D An

PATRICK JOYNT, et. al.

    Defendants.

---

ORDER GRANTING DEFENDANT JOYNT LEAVE TO
FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES

---

    This matter came on to be heard upon Defendant's Motion for Permission to File a Memorandum in Excess of Twenty Pages from which it appears to the Court that for good cause shown the Motion of the Defendant should be granted and that the Defendant is granted permission to file a memorandum in excess of twenty pages. The Clerk is directed to file the Memorandum previously "received" by the Clerk.

    IT IS SO ORDERED.

*[signature]*
United States District Judge

Dated: *December 21, 2005*

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/21/05_

1

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pleading has been served upon Mr. Andrew C. Clark, Attorney at Law, 6256 Poplar Avenue, Memphis, Tennessee 38119 and Mr. Henry L. Klein, Attorney at Law, 6000 Poplar Avenue, Suite 400, Memphis, Tennessee 38120 by U.S. mail, postage prepaid, this __15__ day of December, 2005.

_____
JEAN E. MARKOWITZ

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02753 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

R. Sadler Bailey
BAILEY, CLARKE & BENFIELD
6256 Poplar Avenue
Memphis, TN 38119

Barbaralette G. Davis
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Andrew C. Clarke
BAILEY, CLARKE & BEUFIELD
6256 Poplar Avenue
Memphis, TN 38119

Jean E. Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT