IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 DEC 29 AM 7: 2\

THOMAS M. GOULD
CLERK, U.S DISTRICT COURT
W/D OF TN, MEMPHIS

JONATHAN PALAZOLA,

    Plaintiff,

vs.

PATRICK JOYNT, Individually and in his
Capacity as an Officer or Agent of the
Memphis Police Department;
CITY OF MEMPHIS, TENNESSEE,

    Defendants.

NO. 05-2753 D An
JURY DEMANDED

### ORDER GRANTING
### PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO RESPOND TO DEFENDANT JOYNT'S MOTION TO DISMISS
### OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

THIS CAUSE CAME ON THE BE HEARD upon Plaintiff's Motion for Extension of Time to Respond to Defendant Joynt's Motion to Dismiss or in the Alternative for Summary Judgment from all of which is appears to the Court that good cause exists for the Plaintiff's requested extension and that the Plaintiff shall have up to and including February 17, 2005, within which to respond to Defendant Joynt's Motion to Dismiss on in the Alternative for Summary Judgment.

IT IS SO ORDERED.

Judge

DATE: 12-28-2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/29/05_

1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02753 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Jean E. Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Thomas E. Hansom
LAW OFFICE OF THOMAS E. HANSOM
659 Freeman Street
Memphis, TN 38122--372

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Barbaralette G. Davis
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Andrew C. Clarke
BAILEY, CLARKE & BEUFIELD
6256 Poplar Avenue
Memphis, TN 38119

R. Sadler Bailey
BAILEY, CLARKE & BENFIELD
6256 Poplar Avenue
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT